**Below is the Order of the Court.**



**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

| | |
|---|---|
| **RCO LEGAL, P.S.**<br>13555 SE 36TH ST., SUITE 300<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Marc Barreca<br>Chapter 7<br>Hearing Location: Seattle<br>Hearing Date: May 22, 2015<br>Hearing Time: 9:30 a.m.<br>Response Date: May 15, 2015 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

LON C OPFER,

Debtor.

**NO.: 15-11625-MLB**

**ORDER GRANTING RELIEF FROM STAY TO FREEDOMROAD FINANCIAL**

This matter came before the Court upon FreedomRoad Financial motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the stay should be lifted as to the 2007 Harley-Davidson FXDSE VIN #: 1HD1PS8157K977219 ("Property").

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to FreedomRoad Financial, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the Promissory

Order Granting Relief From Stay
Page - 1

**RCO LEGAL, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 15-11625-MLB    Doc 22    Filed 05/22/15    Ent. 05/22/15 13:57:34    Pg. 1 of 2

Note, Disclosure and Security Agreement dated February 13, 2008that is the subject of FreedomRoad Financial's motion.

     IT IS FURTHER ORDERED that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented by:
**RCO LEGAL, P.S.**

/s/ Jennifer L. Aspaas
Jennifer L. Aspaas, WSBA# 26303
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

**RCO LEGAL, P.S.**
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 15-11625-MLB    Doc 22    Filed 05/22/15    Ent. 05/22/15 13:57:34    Pg. 2 of 2